■ VILLAGE OF PARISH, Respondent, v ROBERT S. WEICHERT, Appellant. [737 NYS2d 575] —Appeal from that part of an order of Supreme Court, Oswego County (Nicholson, J.), entered November 20, 2000, that extended the time for plaintiff to serve a reply to the counterclaim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Supreme Court did not abuse its discretion in extending the time for plaintiff to serve a reply to the counterclaim. Plaintiff established a reasonable excuse for the delay and a meritorious defense to the counterclaim, there is no indication that its failure to serve a timely reply was willful, the delay did not result in any prejudice to defendant, and public policy favors resolving cases on their merits rather than based on legal technicalities (*see,* CPLR 3012 [d]; *Sippin v Gallardo,* 287 AD2d 703; *Theis v Langworthy,* 270 AD2d 954; *Kondolf v National Grange Mut. Ins. Co.,* 259 AD2d 1021; *Cleary v East Syracuse-Minoa Cent. School Dist.,* 248 AD2d 1005). Present—Pine, J.P., Wisner, Scudder, Kehoe and Gorski, JJ.